UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN DOE 1, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civ. No. 17-2694 (ABJ) |
| v. | ) ) | |
| FEDERAL ELECTION COMMISSION, | ) ) | NOTICE |
| Defendant. | ) ) ) | |

**DEFENDANT FEDERAL ELECTION COMMISSION'S NOTICE**

Pursuant to the Court's December 19, 2017 Minute Order, the Federal Election Commission hereby gives notice that the further redacted version of the administrative case file for Matter Under Review 6920 has been published on the agency's website at https://www.fec.gov/data/legal/matter-under-review/6920/.

Documents from the administrative case file that contain redactions relating to plaintiffs' identities include the following:

- Circulation of Discovery Documents (08/04/2017)

- Certification: American Conservative Union, et al.: Circulation of Discovery Documents (08/09/2017)

- Designation of Counsel from Government Integrity, LLC (08/22/2017)

- Designation of Counsel (08/22/2017)

- Notification with General Counsel's Brief to American Conservative Union (08/29/2017)

- Certification: American Conservative Union, et al. (09/20/17)

- Notification with General Counsel's Brief to Government Integrity, LLC (09/21/2017)

- Notification with General Counsel's Brief to James C. Thomas, III (10/04/2017)

1

- Notification with General Counsel's Brief to Now or Never PAC and James C. Thomas, in his official capacity as treasurer (10/06/2017)

- Response from Government Integrity, LLC (10/06/2017)

In addition, two statements of reasons that have been issued by Commissioners — one by Commissioner Ellen L. Weintraub and another by Commissioners Caroline C. Hunter and Lee E. Goodman — also contain redactions.

Respectfully submitted,

Lisa J. Stevenson (D.C. Bar No. 457628)
Acting General Counsel
lstevenson@fec.gov

Kevin Deeley
Associate General Counsel
kdeeley@fec.gov

December 22, 2017

/s/ Charles Kitcher
Charles Kitcher (D.C. Bar No. 986226)
Acting Assistant General Counsel
ckitcher@fec.gov

Haven G. Ward (D.C. Bar No. 976090)
Attorney
hward@fec.gov

COUNSEL FOR DEFENDANT
FEDERAL ELECTION COMMISSION
999 E Street, N.W.
Washington, DC  20463
(202) 694-1650